IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00406-LTB-KMT

WILLIAM R. PEARSON a/k/a BILLY RAY PEARSON
a Colorado corporation

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendant's "Joint Motion for Amendment of Scheduling Order to Extend Deadline for Affirmative Expert Disclosure" (#22, filed September 30, 2008) is GRANTED. The affirmative expert disclosure deadline is extended to October 31, 2008.

Dated: October 2, 2008