IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-00406-LTB-KMT

WILLIAM R. PEARSON a/k/a BILLY RAY PEARSON,

        Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),

        Defendant.
_____

ORDER
_____

As further set forth on the record at the trial preparation conference held on October 2, 2009, IT IS HEREBY ORDERED as follows:

1. The trial currently set to commence in this case on November 2, 2009 is VACATED;

2. A **six-day jury trial** in this case shall commence on **December 7, 2009 at 9:00 a.m.;**

3. A trial preparation conference is set for **November 10, 2009 at 9:00 a.m.;** and

4. On or before **November 6, 2009,** the parties shall file (1) updated exhibit lists reflecting stipulations and objections; (2) updated witness lists, if warranted; (3) hard copies of all deposition transcripts to be introduced at trial with designations; (4) one set of annotated jury instructions; (5) trial briefs highlighting any evidentiary issues that the parties anticipate will arise during the trial; and (6) trial briefs with authority regarding the mandatory presence of

Defendant's will call witnesses during the presentation of Plaintiff's case.

Dated: October 2 , 2009 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE