IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-00406-LTB-KMT

WILLIAM R. PEARSON a/k/a BILLY RAY PEARSON,

       Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),

       Defendant.

_____

ORDER
_____

As further set forth on the record at the trial preparation conference held on November 10, 2009, IT IS HEREBY ORDERED as follows:

1.  Plaintiff shall submit to the Court copies of the following proposed exhibits on or before **Tuesday, November 17, 2009**: Exhibit # 8, 45, 49, 53, 3, 7, 9, 13-14, 16-17, 28-35, 44, 47, 36-40, 15, 18, 106, 81-101, 59-65, and 75-76;

2.  Defendant shall submit to the Court copies of the following proposed exhibits on or before **Tuesday, November 17, 2009**: Exhibit # C, D and E;

3.  Both parties shall submit to the Court their proposed *voir dire* question on or before **Friday, November 20, 2009**; and

    4.  A **six-day jury trial** in this case shall commence on **December 7, 2009 at 8:00 a.m.**

Dated: November   12  , 2009 in Denver, Colorado.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE