IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00406-LTB-KMT

WILLIAM R. PEARSON a/k/a BILLY RAY PEARSON,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),

    Defendant.
_____

ORDER
_____

As further set forth on the record at the hearing held on January 29, 2010, IT IS HEREBY ORDERED as follows:

1.  Plaintiff shall submit a brief on the proper rate of prejudgment interest on or before **February 5, 2010;** Defendant shall submit a response brief on this issue on or before **February 12, 2010;** and a reply brief shall be ordered if deemed appropriate;

2.  The parties shall file a stipulation and proposed order regarding back pay and reinstatement on or before **February 3, 2010.**

3.  A further status hearing is scheduled for **Wednesday, February 24, 2010 at 9:00 a.m.;** and

2

    4.  Plaintiff's Motion for Attorney' Fees, Costs and Pre/Post Judgment Interest [Doc # 99] shall be HELD IN ABEYANCE pending further notice from the Court.

Dated: January   29  , 2010 in Denver, Colorado.

                      BY THE COURT:

                        s/Lewis T. Babcock  
                      LEWIS T. BABCOCK, JUDGE