IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 08 cv 00406 LTB-KMT

WILLIAM R. PEARSON aka (BILLY RAY PEARSON),

  Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),

  Defendant.

## DECLARATION OF BILLY RAY PEARSON

  1.   My name is Billy Ray Pearson and this declaration is made under penalty of perjury. I am over the age of 21 and have personal knowledge of the information set forth below.

  2.   Prior to my termination I had investments in Vanguard funds as reflected by the statement attached as Exhibit B. I had been invested in Vanguard or similar funds since approximately 1975.

  3.   Had Amtrak not terminated me I would have continued to invest in funds similar to those identified on page 3 of the statement. I believe based on my past performance I could have earned rates of return consistent with the Colorado statutory rate of 8%.

  4.   Further affiant says naught.

I declare under penalty of perjury under the laws of the United State of America, and subject to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 4th day of February, 2010.

_____
Billy Ray Pearson