**AMTRAK**



**Vanguard®**

BILLY R. PEARSON
809 S BELLFLOWER DR
PUEBLO WEST CO 81007-1902

2607

### RETIREMENT PLAN STATEMENT

ACCOUNT SUMMARY: 10/01/2007 – 12/24/2007
AMTRAK RETIREMENT SAVINGS PLAN FOR AGREEMENT EMPLOYEES— 092023

**Total Account Balance:** **$0.00**

## Your Account Summary

### Account Balance

| | Current Period | Year to Date |
|---|---|---|
| Beginning balance | $75,725.57 | $70,544.18 |
| Market gain/loss | -$3,903.06 | $338.82 |
| Other transactions | -$71,822.51 | -$70,883.00 |
| Ending balance | $0.00 | $0.00 |

### Your Account Progress



Includes all contributions and market activity.

## Your Investments

### Investment Activity

| | Beginning Balance | Contributions | Other Transactions* | Market Gain/Loss | Dividends/ Capital Gains | Ending Balance |
|---|---|---|---|---|---|---|
| Vanguard® Wellington Fund Inv | $17,987.91 | $0.00 | -$17,941.21 | -$46.70 | $0.00 | $0.00 |
| Vanguard® 500 Index Fund Inv | $33,964.49 | $0.00 | -$33,441.73 | -$703.92 | $181.16 | $0.00 |
| Vanguard® Windsor Fund Investor | $18,136.46 | $0.00 | -$16,999.70 | -$3,152.44 | $2,015.68 | $0.00 |
| **Total Invested** | **$70,088.86** | **$0.00** | **-$74,019.35** | **-$3,903.06** | **$2,196.84** | **$0.00** |
| Loans | $5,636.71 | | $0.00 | | | $0.00 |
| **Total Invested and Loans** | **$75,725.57** | | **-$74,019.35** | | | **$0.00** |

*Other Transactions may include plan recordkeeping, administrative or purchase/redemption fees; or other incoming or outgoing assets not specified above. For details, visit us online at www.vanguard.com.

**Connect with Vanguard®** > 800-523-1188 > www.vanguard.com

0047392            2607            14314



## News From Your Employer

### Important Participant Information

TRANSFER FROM THE VANGUARD GROUP TO FIDELITY INVESTMENTS

To locate the amount that transferred from The Vanguard Group to Fidelity Investments, please go to "Your Investments - Investment Activity" on page 1 of this statement. The amount is the total of the "Other Transactions" column.



## Additional Account Details

### Loan Detail

| Activity | Opening Balance | Principal Paid This Period | Closing Balance | Interest Paid This Period | Principal Year-to-Date | Interest Year-to-Date |
|---|---|---|---|---|---|---|
| Loan 002 | $5,636.71 | $0.00 | $5,636.71 | $0.00 | $0.00 | $0.00 |
| **Total** | **$5,636.71** | **$0.00** | **$5,636.71** | **$0.00** | **$0.00** | **$0.00** |

| History | Issue Date | Issue Amount | Last Payment Date | Expected Payoff Date | Loan Default Date | Loan Default Amount |
|---|---|---|---|---|---|---|
| Loan 002 | 04/08/2004 | $10,100.00 | 08/15/2006 | 04/15/2009 | — | — |

### Beneficiaries

| Name | Designation | Allocation % |
|---|---|---|
| ⚠ No Beneficiary On File | — | — |

The beneficiaries listed here reflect the information currently on file with Vanguard. In the case of a discrepancy, the most recent filing with Vanguard will be honored. If you wish to change your beneficiaries, please contact Vanguard Participant Services.

## Your Fund Performance

( ✓ indicates funds you own)

### Fund Performance Summary ‡‡‡

As of 11/30/2007

| | Fund Number/ Symbol | 1 Year | 5 Years | 10 Years | Since Inception | Inception Date | Expense Ratio* |
|---|---|---|---|---|---|---|---|
| **Short-Term Reserves** | | | | | | | |
| **Vanguard® Prime Money Mkt Fund** | 0030/VMMXX | 5.18% | 2.93% | 3.74% | 6.46% | 06/04/1975 | 0.24% |
| Average Money Market Fund | | 4.52% | 2.35% | 3.15% | | | |
| **Bonds** | | | | | | | |
| **Vanguard® Total Bond Mkt Index Inv** | 0084/VBMFX | 6.18% | 4.73% | 5.80% | 6.97% | 12/11/1986 | 0.19% |
| Lehman US Aggregate Bond Index | | 6.05% | 4.79% | 6.05% | | | |

## Your Fund Performance (continued)

( ✓ indicates funds you own)

### Fund Performance Summary ‡ ‡ ‡

As of 11/30/2007

| | Fund Number/ Symbol | 1 Year | 5 Years | 10 Years | Since Inception | Inception Date | Expense Ratio* |
|---|---|---|---|---|---|---|---|
| **Balanced (Stocks and Bonds)** | | | | | | | |
| Vanguard® LifeStrategy Consrv Grwth | 0724/VSCGX | 7.87% | 8.94% | 6.78% | 8.84% | 09/30/1994 | 0.24% |
| Conservative Growth Composite Index | | 7.18% | 8.17% | 6.26% | | | |
| Vanguard® LifeStrategy Growth Fund | 0122/VASGX | 9.71% | 13.21% | 7.39% | 10.35% | 09/30/1994 | 0.23% |
| Growth Composite Index | | 8.72% | 12.50% | 7.08% | | | |
| Vanguard® LifeStrategy Income Fund | 0723/VASIX | 6.91% | 6.85% | 6.35% | 8.05% | 09/30/1994 | 0.24% |
| Income Composite Index | | 6.38% | 6.15% | 5.93% | | | |
| Vanguard® LifeStrategy Mod Growth | 0914/VSMGX | 8.88% | 11.16% | 7.22% | 9.73% | 09/30/1994 | 0.23% |
| Moderate Growth Composite Index | | 8.00% | 10.50% | 6.95% | | | |
| Vanguard® Wellington Fund Inv | 0021/VWELX | 10.09% | 11.98% | 8.63% | 8.45% | 07/01/1929 | 0.27% |
| Wellington Composite Index | | 6.62% | 9.36% | 6.35% | | | |
| **Domestic Equity (Stocks)** | | | | | | | |
| Vanguard® 500 Index Fund Inv | 0040/VFINX | 7.61% | 11.48% | 6.09% | 12.07% | 08/31/1976 | 0.15% |
| S&P 500 Index | | 7.72% | 11.63% | 6.16% | | | |
| Vanguard® Explorer Fund Investor | 0024/VEXPX | 5.53% | 14.24% | 9.44% | 9.52% | 12/11/1967 | 0.41% |
| Russell 2500 Growth Index | | 9.52% | 15.93% | 6.60% | | | |
| Vanguard® Growth Index Fund Inv | 0009/VIGRX | 12.50% | 10.19% | 5.23% | 9.86% | 11/02/1992 | 0.22% |
| Spliced Growth Index | | 12.71% | 10.37% | 5.32% | | | |
| Vanguard® U.S. Growth Fund Investor | 0023/VWUSX | 10.40% | 9.26% | 0.22% | 10.76% | 01/06/1959 | 0.50% |
| Russell 1000 Growth Index | | 12.60% | 10.59% | 3.98% | | | |
| Vanguard® Windsor Fund Investor | 0022/VWNDX | 1.74% | 12.97% | 7.74% | 12.34% | 10/23/1958 | 0.31% |
| Russell 1000 Value Index | | 3.06% | 13.83% | 8.10% | | | |
| **International Equity (Stocks)** | | | | | | | |
| Vanguard® International Growth Inv | 0081/VWIGX | 22.13% | 21.11% | 9.52% | 13.40% | 09/30/1981 | 0.51% |
| MSCI EAFE Index | | 17.30% | 21.31% | 9.00% | | | |

*Expense ratios are as of each fund's latest fiscal year or estimated if fund is less than one fiscal year old.

The performance of an index is not an exact representation of any particular investment, as you cannot directly invest in an index. The performance data shown represents past performance, which is not a guarantee of future results. Investment returns and principal value will fluctuate, so investors' shares, when sold, may be worth more or less than their original cost. Current performance may be lower or higher than the performance data cited. For performance data current to the most recent month-end, visit our website at www.vanguard.com/performance.

Purchase and redemption fees assessed on shares held less than one year are not reflected in the performance data. If these fees were included, the performance would be lower. Performance data is adjusted for all other purchases and redemption fees, where applicable. For additional details on fees, see the fund prospectus.

Connect with Vanguard®   >   800-523-1188   >   www.vanguard.com

0047390          2607          14314



The investment suggestions contained in this Statement are provided to you free of charge by Vanguard Advisers, Inc. (VAI). To obtain more information about VAI, please call 1-800-523-1188 or go to www.vanguard.com. You are under no obligation to accept any advice or investment suggestion. Although the suggestions are based on generally accepted investment principles, VAI can not guarantee that any particular investment suggestion, if implemented, will be profitable. All investments involve risks, and fluctuations in the financial markets and other factors may cause your account, or particular securities in your account, to decline in value.

The investment suggestions provided in this Statement do not comprise comprehensive investment or financial advice. Before taking any action on your account, you should consider your other assets and investments, and how they fit into your financial goals. If the suggestions in this Statement are based in part on information you entered into an investor questionnaire, you should be sure to retake the questionnaire if your circumstances or goals change, as those changes may result in different suggested asset allocations.

‡‡Additional Information

*Diversification:* To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly.

If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified (keep in mind, mutual funds, like those offered by Vanguard, are inherently diversified). Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk.

It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the plan to help ensure that your retirement savings will meet your retirement goals.

For more information regarding individual investing and diversification, see the internet website of the U.S. Department of Labor at: www.dol.gov/ebsa/investing.html

*Investments:* Generally, if your plan permits you to direct investments you can make those changes by contacting Vanguard Participant Services or by logging into your account at www.vanguard.com. There may be restrictions that apply to the investments in your plan. For example, the Vanguard mutual funds have restrictions designed to limit frequent trading. Some plans also may limit the timing and frequency of investment and exchanges in certain funds. Any such restrictions or limitations have been previously communicated to you. If you have any questions please see your plan's Summary Plan Description or contact Vanguard Participant Services for additional information about your plan.

*Vesting:* Vesting refers to the portion of your account balance that is nonforfeitable. If your vested balance does not appear on the statement, please see your plan's Summary Plan Description for vesting information or contact Vanguard Participant Services for more information to enable you to determine your vested benefit.

*Social Security:* Some employers make contributions based on a formula that considers the Social Security taxes paid. Your plan's Summary Plan Description provides details on the formula for determining any employer contribution.

‡‡‡Performance figures for periods of more than one year are expressed as average annual total returns. Performance figures include the reinvestment of dividends and capital gains distributions. Return since inception is listed under "Since Inception." The inception date is under "Inception Date."

*An investment in a money market fund is not insured or guaranteed by The Federal Deposit Insurance Corporation or any other government agency. Although a money market fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Vanguard funds are neither insured nor guaranteed by the U.S. government.*

The Fund Performance Summary on this statement shows how the Funds in your Plan have performed over time. Please keep in mind that the performance of these Funds, as compared with your balance, may differ depending on how and when your money was invested. The Fund Performance Summary includes industry benchmarks that match the objectives of your Funds. The benchmarks give a broad overview of the markets. These measures are specific to their associated Funds and should not be used to compare Funds with different investment objectives. Net total return is the net change in an investment after deducting expenses, assuming all dividends and capital gains were reinvested. Past performance is not an indication of future results. All figures are unaudited.

Connect with Vanguard®   >   800-523-1188   >   www.vanguard.com

0047389          2607          14314

Admiral, Adviser Access Vanguard, Connect with Vanguard, Explorer, Flagship, FundAccess, Life Passages, LifeStrategy, MoneyWhys, One Step, One Step Enroll, One Step Invest, One Step Retire, One Step Save, Our Advice Your Way, Plain Talk, Rollover Plus, STAR, The Vanguard Difference, The Vanguard Group, Vanguard, Vanguard Advantage, Vanguard Brokerage Services, Vanguard Financial Education Series, Vanguard IRA, Vanguard Lifetime Income Program, Vanguard Personal Advisory Service, Vanguard Portfolio Watch, Vanguard.com, VBS, VBO, VIPER, VIPERs, VOICE, Voyager, Voyager Service, Wellesley, Wellington, Windsor, Your Retirement Income Outlook, and the ship logo are trademarks of The Vanguard Group, Inc. The funds or securities referred to herein that are offered by The Vanguard Group and track an MSCI index are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such funds or securities. For such funds or securities, the prospectus or the Statement of Additional Information contains a more detailed description of the limited relationship MSCI has with The Vanguard Group. FTSE® and FTSE4Good™ are trademarks jointly owned by the London Stock Exchange plc and The Financial Times Limited and are used by FTSE International Limited under license. The FTSE4Good US Select Index is calculated by FTSE International Limited. FTSE International Limited does not sponsor, endorse, or promote the fund; is not in any way connected to it; and does not accept any liability in relation to its issue, operation, and trading. Standard & Poor's®, S&P®, S&P 500®, Standard & Poor's 500, and 500 are trademarks of The McGraw-Hill Companies, Inc., and have been licensed for use by The Vanguard Group, Inc. Vanguard mutual funds are not sponsored, endorsed, sold, or promoted by Standard & Poor's, and Standard & Poor's makes no representation regarding the advisability of investing in the funds.

All other marks are the exclusive property of their respective owners.

© 2007 The Vanguard Group, Inc. All rights reserved. Account information provided by The Vanguard Group, Inc. Investment advice provided by Vanguard Advisers, Inc.

**Connect with Vanguard®**   >   800-523-1188   >   www.vanguard.com

0047388        2607        14314