# William R. Pearson -
## Interest Calculation of Stipulated Backpay Award Divided Equally over the Damage Period
## Compounded Annually at 8% Interest

| Pay-Period End Date | Average Net Loss Per Period | Interest Due at 8% | Total Amount Due with Interest at 8% | Current Date | Interest Period |
|---|---|---|---|---|---|
| 9/1/2006  | $ 1,530.05 | $ 471.51 | $ 2,001.56 | 2/26/2010 | 3.49 |
| 9/8/2006  | $ 1,530.05 | $ 468.56 | $ 1,998.61 | 2/26/2010 | 3.47 |
| 9/15/2006 | $ 1,530.05 | $ 465.61 | $ 1,995.66 | 2/26/2010 | 3.45 |
| 9/22/2006 | $ 1,530.05 | $ 462.67 | $ 1,992.72 | 2/26/2010 | 3.43 |
| 9/29/2006 | $ 1,530.05 | $ 459.73 | $ 1,989.78 | 2/26/2010 | 3.41 |
| 10/6/2006 | $ 1,530.05 | $ 456.79 | $ 1,986.85 | 2/26/2010 | 3.39 |
| 10/13/2006| $ 1,530.05 | $ 453.86 | $ 1,983.92 | 2/26/2010 | 3.38 |
| 10/20/2006| $ 1,530.05 | $ 450.94 | $ 1,980.99 | 2/26/2010 | 3.36 |
| 10/27/2006| $ 1,530.05 | $ 448.01 | $ 1,978.07 | 2/26/2010 | 3.34 |
| 11/3/2006 | $ 1,530.05 | $ 445.10 | $ 1,975.15 | 2/26/2010 | 3.32 |
| 11/10/2006| $ 1,530.05 | $ 442.18 | $ 1,972.24 | 2/26/2010 | 3.30 |
| 11/17/2006| $ 1,530.05 | $ 439.28 | $ 1,969.33 | 2/26/2010 | 3.28 |
| 11/24/2006| $ 1,530.05 | $ 436.37 | $ 1,966.43 | 2/26/2010 | 3.26 |
| 12/1/2006 | $ 1,530.05 | $ 433.47 | $ 1,963.53 | 2/26/2010 | 3.24 |
| 12/8/2006 | $ 1,530.05 | $ 430.57 | $ 1,960.63 | 2/26/2010 | 3.22 |
| 12/15/2006| $ 1,530.05 | $ 427.68 | $ 1,957.74 | 2/26/2010 | 3.20 |
| 12/22/2006| $ 1,530.05 | $ 424.80 | $ 1,954.85 | 2/26/2010 | 3.18 |
| 12/29/2006| $ 1,530.05 | $ 421.91 | $ 1,951.97 | 2/26/2010 | 3.16 |
| 1/5/2007  | $ 1,530.05 | $ 419.03 | $ 1,949.09 | 2/26/2010 | 3.15 |
| 1/12/2007 | $ 1,530.05 | $ 416.16 | $ 1,946.21 | 2/26/2010 | 3.13 |
| 1/19/2007 | $ 1,530.05 | $ 413.29 | $ 1,943.34 | 2/26/2010 | 3.11 |
| 1/26/2007 | $ 1,530.05 | $ 410.42 | $ 1,940.48 | 2/26/2010 | 3.09 |
| 2/2/2007  | $ 1,530.05 | $ 407.56 | $ 1,937.62 | 2/26/2010 | 3.07 |
| 2/9/2007  | $ 1,530.05 | $ 404.70 | $ 1,934.76 | 2/26/2010 | 3.05 |
| 2/16/2007 | $ 1,530.05 | $ 401.85 | $ 1,931.90 | 2/26/2010 | 3.03 |
| 2/23/2007 | $ 1,530.05 | $ 399.00 | $ 1,929.05 | 2/26/2010 | 3.01 |
| 3/2/2007  | $ 1,530.05 | $ 396.15 | $ 1,926.21 | 2/26/2010 | 2.99 |
| 3/9/2007  | $ 1,530.05 | $ 393.31 | $ 1,923.37 | 2/26/2010 | 2.97 |
| 3/16/2007 | $ 1,530.05 | $ 390.48 | $ 1,920.53 | 2/26/2010 | 2.95 |
| 3/23/2007 | $ 1,530.05 | $ 387.64 | $ 1,917.70 | 2/26/2010 | 2.93 |
| 3/30/2007 | $ 1,530.05 | $ 384.82 | $ 1,914.87 | 2/26/2010 | 2.92 |
| 4/6/2007  | $ 1,530.05 | $ 381.99 | $ 1,912.05 | 2/26/2010 | 2.90 |
| 4/13/2007 | $ 1,530.05 | $ 379.17 | $ 1,909.23 | 2/26/2010 | 2.88 |
| 4/20/2007 | $ 1,530.05 | $ 376.36 | $ 1,906.41 | 2/26/2010 | 2.86 |
| 4/27/2007 | $ 1,530.05 | $ 373.54 | $ 1,903.60 | 2/26/2010 | 2.84 |
| 5/4/2007  | $ 1,530.05 | $ 370.74 | $ 1,900.79 | 2/26/2010 | 2.82 |
| 5/11/2007 | $ 1,530.05 | $ 367.93 | $ 1,897.99 | 2/26/2010 | 2.80 |
| 5/18/2007 | $ 1,530.05 | $ 365.13 | $ 1,895.19 | 2/26/2010 | 2.78 |
| 5/25/2007 | $ 1,530.05 | $ 362.34 | $ 1,892.39 | 2/26/2010 | 2.76 |

# William R. Pearson -
## Interest Calculation of Stipulated Backpay Award Divided Equally over the Damage Period
## Compounded Annually at 8% Interest

| Pay-Period End Date | Average Net Loss Per Period | Interest Due at 8% | Total Amount Due with Interest at 8% | Current Date | Interest Period |
|---:|---:|---:|---:|---:|---:|
| 6/1/2007 | $ 1,530.05 | $ 359.55 | $ 1,889.60 | 2/26/2010 | 2.74 |
| 6/8/2007 | $ 1,530.05 | $ 356.76 | $ 1,886.82 | 2/26/2010 | 2.72 |
| 6/15/2007 | $ 1,530.05 | $ 353.98 | $ 1,884.03 | 2/26/2010 | 2.70 |
| 6/22/2007 | $ 1,530.05 | $ 351.20 | $ 1,881.25 | 2/26/2010 | 2.68 |
| 6/29/2007 | $ 1,530.05 | $ 348.42 | $ 1,878.48 | 2/26/2010 | 2.67 |
| 7/6/2007 | $ 1,530.05 | $ 345.65 | $ 1,875.71 | 2/26/2010 | 2.65 |
| 7/13/2007 | $ 1,530.05 | $ 342.89 | $ 1,872.94 | 2/26/2010 | 2.63 |
| 7/20/2007 | $ 1,530.05 | $ 340.13 | $ 1,870.18 | 2/26/2010 | 2.61 |
| 7/27/2007 | $ 1,530.05 | $ 337.37 | $ 1,867.42 | 2/26/2010 | 2.59 |
| 8/3/2007 | $ 1,530.05 | $ 334.61 | $ 1,864.67 | 2/26/2010 | 2.57 |
| 8/10/2007 | $ 1,530.05 | $ 331.86 | $ 1,861.92 | 2/26/2010 | 2.55 |
| 8/17/2007 | $ 1,530.05 | $ 329.12 | $ 1,859.17 | 2/26/2010 | 2.53 |
| 8/24/2007 | $ 1,530.05 | $ 326.37 | $ 1,856.43 | 2/26/2010 | 2.51 |
| 8/31/2007 | $ 1,530.05 | $ 323.64 | $ 1,853.69 | 2/26/2010 | 2.49 |
| 9/7/2007 | $ 1,530.05 | $ 320.90 | $ 1,850.96 | 2/26/2010 | 2.47 |
| 9/14/2007 | $ 1,530.05 | $ 318.17 | $ 1,848.23 | 2/26/2010 | 2.45 |
| 9/21/2007 | $ 1,530.05 | $ 315.45 | $ 1,845.50 | 2/26/2010 | 2.44 |
| 9/28/2007 | $ 1,530.05 | $ 312.72 | $ 1,842.78 | 2/26/2010 | 2.42 |
| 10/5/2007 | $ 1,530.05 | $ 310.01 | $ 1,840.06 | 2/26/2010 | 2.40 |
| 10/12/2007 | $ 1,530.05 | $ 307.29 | $ 1,837.35 | 2/26/2010 | 2.38 |
| 10/19/2007 | $ 1,530.05 | $ 304.58 | $ 1,834.64 | 2/26/2010 | 2.36 |
| 10/26/2007 | $ 1,530.05 | $ 301.88 | $ 1,831.93 | 2/26/2010 | 2.34 |
| 11/2/2007 | $ 1,530.05 | $ 299.18 | $ 1,829.23 | 2/26/2010 | 2.32 |
| 11/9/2007 | $ 1,530.05 | $ 296.48 | $ 1,826.53 | 2/26/2010 | 2.30 |
| 11/16/2007 | $ 1,530.05 | $ 293.78 | $ 1,823.84 | 2/26/2010 | 2.28 |
| 11/23/2007 | $ 1,530.05 | $ 291.09 | $ 1,821.15 | 2/26/2010 | 2.26 |
| 11/30/2007 | $ 1,530.05 | $ 288.41 | $ 1,818.46 | 2/26/2010 | 2.24 |
| 12/7/2007 | $ 1,530.05 | $ 285.73 | $ 1,815.78 | 2/26/2010 | 2.22 |
| 12/14/2007 | $ 1,530.05 | $ 283.05 | $ 1,813.10 | 2/26/2010 | 2.21 |
| 12/21/2007 | $ 1,530.05 | $ 280.37 | $ 1,810.43 | 2/26/2010 | 2.19 |
| 12/28/2007 | $ 1,530.05 | $ 277.70 | $ 1,807.76 | 2/26/2010 | 2.17 |
| 1/4/2008 | $ 1,530.05 | $ 275.04 | $ 1,805.09 | 2/26/2010 | 2.15 |
| 1/11/2008 | $ 1,530.05 | $ 272.38 | $ 1,802.43 | 2/26/2010 | 2.13 |
| 1/18/2008 | $ 1,530.05 | $ 269.72 | $ 1,799.77 | 2/26/2010 | 2.11 |
| 1/25/2008 | $ 1,530.05 | $ 267.06 | $ 1,797.12 | 2/26/2010 | 2.09 |
| 2/1/2008 | $ 1,530.05 | $ 264.41 | $ 1,794.47 | 2/26/2010 | 2.07 |
| 2/8/2008 | $ 1,530.05 | $ 261.77 | $ 1,791.82 | 2/26/2010 | 2.05 |
| 2/15/2008 | $ 1,530.05 | $ 259.12 | $ 1,789.18 | 2/26/2010 | 2.03 |
| 2/22/2008 | $ 1,530.05 | $ 256.48 | $ 1,786.54 | 2/26/2010 | 2.01 |

# William R. Pearson -
## Interest Calculation of Stipulated Backpay Award Divided Equally over the Damage Period Compounded Annually at 8% Interest

| Pay-Period End Date | Average Net Loss Per Period | Interest Due at 8% | Total Amount Due with Interest at 8% | Current Date | Interest Period |
|---|---|---|---|---|---|
| 2/29/2008 | $ 1,530.05 | $ 253.85 | $ 1,783.90 | 2/26/2010 | 1.99 |
| 3/7/2008 | $ 1,530.05 | $ 251.22 | $ 1,781.27 | 2/26/2010 | 1.98 |
| 3/14/2008 | $ 1,530.05 | $ 248.59 | $ 1,778.65 | 2/26/2010 | 1.96 |
| 3/21/2008 | $ 1,530.05 | $ 245.97 | $ 1,776.02 | 2/26/2010 | 1.94 |
| 3/28/2008 | $ 1,530.05 | $ 243.35 | $ 1,773.40 | 2/26/2010 | 1.92 |
| 4/4/2008 | $ 1,530.05 | $ 240.73 | $ 1,770.79 | 2/26/2010 | 1.90 |
| 4/11/2008 | $ 1,530.05 | $ 238.12 | $ 1,768.18 | 2/26/2010 | 1.88 |
| 4/18/2008 | $ 1,530.05 | $ 235.51 | $ 1,765.57 | 2/26/2010 | 1.86 |
| 4/25/2008 | $ 1,530.05 | $ 232.91 | $ 1,762.96 | 2/26/2010 | 1.84 |
| 5/2/2008 | $ 1,530.05 | $ 230.31 | $ 1,760.36 | 2/26/2010 | 1.82 |
| 5/9/2008 | $ 1,530.05 | $ 227.71 | $ 1,757.77 | 2/26/2010 | 1.80 |
| 5/16/2008 | $ 1,530.05 | $ 225.12 | $ 1,755.17 | 2/26/2010 | 1.78 |
| 5/23/2008 | $ 1,530.05 | $ 222.53 | $ 1,752.59 | 2/26/2010 | 1.76 |
| 5/30/2008 | $ 1,530.05 | $ 219.95 | $ 1,750.00 | 2/26/2010 | 1.75 |
| 6/6/2008 | $ 1,530.05 | $ 217.37 | $ 1,747.42 | 2/26/2010 | 1.73 |
| 6/13/2008 | $ 1,530.05 | $ 214.79 | $ 1,744.84 | 2/26/2010 | 1.71 |
| 6/20/2008 | $ 1,530.05 | $ 212.21 | $ 1,742.27 | 2/26/2010 | 1.69 |
| 6/27/2008 | $ 1,530.05 | $ 209.64 | $ 1,739.70 | 2/26/2010 | 1.67 |
| 7/4/2008 | $ 1,530.05 | $ 207.08 | $ 1,737.13 | 2/26/2010 | 1.65 |
| 7/11/2008 | $ 1,530.05 | $ 204.52 | $ 1,734.57 | 2/26/2010 | 1.63 |
| 7/18/2008 | $ 1,530.05 | $ 201.96 | $ 1,732.01 | 2/26/2010 | 1.61 |
| 7/25/2008 | $ 1,530.05 | $ 199.40 | $ 1,729.46 | 2/26/2010 | 1.59 |
| 8/1/2008 | $ 1,530.05 | $ 196.85 | $ 1,726.91 | 2/26/2010 | 1.57 |
| 8/8/2008 | $ 1,530.05 | $ 194.31 | $ 1,724.36 | 2/26/2010 | 1.55 |
| 8/15/2008 | $ 1,530.05 | $ 191.76 | $ 1,721.82 | 2/26/2010 | 1.53 |
| 8/22/2008 | $ 1,530.05 | $ 189.22 | $ 1,719.28 | 2/26/2010 | 1.52 |
| 8/29/2008 | $ 1,530.05 | $ 186.69 | $ 1,716.74 | 2/26/2010 | 1.50 |
| 9/5/2008 | $ 1,530.05 | $ 184.16 | $ 1,714.21 | 2/26/2010 | 1.48 |
| 9/12/2008 | $ 1,530.05 | $ 181.63 | $ 1,711.68 | 2/26/2010 | 1.46 |
| 9/19/2008 | $ 1,530.05 | $ 179.10 | $ 1,709.16 | 2/26/2010 | 1.44 |
| 9/26/2008 | $ 1,530.05 | $ 176.58 | $ 1,706.64 | 2/26/2010 | 1.42 |
| 10/3/2008 | $ 1,530.05 | $ 174.07 | $ 1,704.12 | 2/26/2010 | 1.40 |
| 10/10/2008 | $ 1,530.05 | $ 171.55 | $ 1,701.61 | 2/26/2010 | 1.38 |
| 10/17/2008 | $ 1,530.05 | $ 169.04 | $ 1,699.10 | 2/26/2010 | 1.36 |
| 10/24/2008 | $ 1,530.05 | $ 166.54 | $ 1,696.59 | 2/26/2010 | 1.34 |
| 10/31/2008 | $ 1,530.05 | $ 164.03 | $ 1,694.09 | 2/26/2010 | 1.32 |
| 11/7/2008 | $ 1,530.05 | $ 161.54 | $ 1,691.59 | 2/26/2010 | 1.30 |
| 11/14/2008 | $ 1,530.05 | $ 159.04 | $ 1,689.10 | 2/26/2010 | 1.28 |
| 11/21/2008 | $ 1,530.05 | $ 156.55 | $ 1,686.60 | 2/26/2010 | 1.27 |

## William R. Pearson -
## Interest Calculation of Stipulated Backpay Award Divided Equally over the Damage Period
## Compounded Annually at 8% Interest

| Pay-Period End Date | Average Net Loss Per Period | Interest Due at 8% | Total Amount Due with Interest at 8% | Current Date | Interest Period |
|---|---|---|---|---|---|
| 11/28/2008 | $ 1,530.05 | $ 154.06 | $ 1,684.12 | 2/26/2010 | 1.25 |
| 12/5/2008 | $ 1,530.05 | $ 151.58 | $ 1,681.63 | 2/26/2010 | 1.23 |
| 12/12/2008 | $ 1,530.05 | $ 149.10 | $ 1,679.15 | 2/26/2010 | 1.21 |
| 12/19/2008 | $ 1,530.05 | $ 146.62 | $ 1,676.68 | 2/26/2010 | 1.19 |
| 12/26/2008 | $ 1,530.05 | $ 144.15 | $ 1,674.20 | 2/26/2010 | 1.17 |
| 1/2/2009 | $ 1,530.05 | $ 141.68 | $ 1,671.73 | 2/26/2010 | 1.15 |
| 1/9/2009 | $ 1,530.05 | $ 139.21 | $ 1,669.27 | 2/26/2010 | 1.13 |
| 1/16/2009 | $ 1,530.05 | $ 136.75 | $ 1,666.81 | 2/26/2010 | 1.11 |
| 1/23/2009 | $ 1,530.05 | $ 134.29 | $ 1,664.35 | 2/26/2010 | 1.09 |
| 1/30/2009 | $ 1,530.05 | $ 131.84 | $ 1,661.89 | 2/26/2010 | 1.07 |
| 2/6/2009 | $ 1,530.05 | $ 129.39 | $ 1,659.44 | 2/26/2010 | 1.05 |
| 2/13/2009 | $ 1,530.05 | $ 126.94 | $ 1,656.99 | 2/26/2010 | 1.04 |
| 2/20/2009 | $ 1,530.05 | $ 124.50 | $ 1,654.55 | 2/26/2010 | 1.02 |
| 2/27/2009 | $ 1,530.05 | $ 122.06 | $ 1,652.11 | 2/26/2010 | 1.00 |
| 3/6/2009 | $ 1,530.05 | $ 119.62 | $ 1,649.67 | 2/26/2010 | 0.98 |
| 3/13/2009 | $ 1,530.05 | $ 117.19 | $ 1,647.24 | 2/26/2010 | 0.96 |
| 3/20/2009 | $ 1,530.05 | $ 114.76 | $ 1,644.81 | 2/26/2010 | 0.94 |
| 3/27/2009 | $ 1,530.05 | $ 112.33 | $ 1,642.39 | 2/26/2010 | 0.92 |
| 4/3/2009 | $ 1,530.05 | $ 109.91 | $ 1,639.96 | 2/26/2010 | 0.90 |
| 4/10/2009 | $ 1,530.05 | $ 107.49 | $ 1,637.54 | 2/26/2010 | 0.88 |
| 4/17/2009 | $ 1,530.05 | $ 105.07 | $ 1,635.13 | 2/26/2010 | 0.86 |
| 4/24/2009 | $ 1,530.05 | $ 102.66 | $ 1,632.72 | 2/26/2010 | 0.84 |
| 5/1/2009 | $ 1,530.05 | $ 100.25 | $ 1,630.31 | 2/26/2010 | 0.82 |
| 5/8/2009 | $ 1,530.05 | $ 97.85 | $ 1,627.91 | 2/26/2010 | 0.81 |
| 5/15/2009 | $ 1,530.05 | $ 95.45 | $ 1,625.50 | 2/26/2010 | 0.79 |
| 5/22/2009 | $ 1,530.05 | $ 93.05 | $ 1,623.11 | 2/26/2010 | 0.77 |
| 5/29/2009 | $ 1,530.05 | $ 90.66 | $ 1,620.71 | 2/26/2010 | 0.75 |
| 6/5/2009 | $ 1,530.05 | $ 88.27 | $ 1,618.32 | 2/26/2010 | 0.73 |
| 6/12/2009 | $ 1,530.05 | $ 85.88 | $ 1,615.94 | 2/26/2010 | 0.71 |
| 6/19/2009 | $ 1,530.05 | $ 83.50 | $ 1,613.55 | 2/26/2010 | 0.69 |
| 6/26/2009 | $ 1,530.05 | $ 81.12 | $ 1,611.17 | 2/26/2010 | 0.67 |
| 7/3/2009 | $ 1,530.05 | $ 78.74 | $ 1,608.80 | 2/26/2010 | 0.65 |
| 7/10/2009 | $ 1,530.05 | $ 76.37 | $ 1,606.42 | 2/26/2010 | 0.63 |
| 7/17/2009 | $ 1,530.05 | $ 74.00 | $ 1,604.05 | 2/26/2010 | 0.61 |
| 7/24/2009 | $ 1,530.05 | $ 71.63 | $ 1,601.69 | 2/26/2010 | 0.59 |
| 7/31/2009 | $ 1,530.05 | $ 69.27 | $ 1,599.33 | 2/26/2010 | 0.58 |
| 8/7/2009 | $ 1,530.05 | $ 66.91 | $ 1,596.97 | 2/26/2010 | 0.56 |
| 8/14/2009 | $ 1,530.05 | $ 64.56 | $ 1,594.61 | 2/26/2010 | 0.54 |
| 8/21/2009 | $ 1,530.05 | $ 62.21 | $ 1,592.26 | 2/26/2010 | 0.52 |

William R. Pearson -

## Interest Calculation of Stipulated Backpay Award Divided Equally over the Damage Period Compounded Annually at 8% Interest

| Pay-Period End Date | Average Net Loss Per Period | Interest Due at 8% | Total Amount Due with Interest at 8% | Current Date | Interest Period |
|---|---|---|---|---|---|
| 8/28/2009 | $ 1,530.05 | $ 59.86 | $ 1,589.91 | 2/26/2010 | 0.50 |
| 9/4/2009 | $ 1,530.05 | $ 57.51 | $ 1,587.57 | 2/26/2010 | 0.48 |
| 9/11/2009 | $ 1,530.05 | $ 55.17 | $ 1,585.23 | 2/26/2010 | 0.46 |
| 9/18/2009 | $ 1,530.05 | $ 52.83 | $ 1,582.89 | 2/26/2010 | 0.44 |
| 9/25/2009 | $ 1,530.05 | $ 50.50 | $ 1,580.55 | 2/26/2010 | 0.42 |
| 10/2/2009 | $ 1,530.05 | $ 48.17 | $ 1,578.22 | 2/26/2010 | 0.40 |
| 10/9/2009 | $ 1,530.05 | $ 45.84 | $ 1,575.89 | 2/26/2010 | 0.38 |
| 10/16/2009 | $ 1,530.05 | $ 43.52 | $ 1,573.57 | 2/26/2010 | 0.36 |
| 10/23/2009 | $ 1,530.05 | $ 41.19 | $ 1,571.25 | 2/26/2010 | 0.35 |
| 10/30/2009 | $ 1,530.05 | $ 38.88 | $ 1,568.93 | 2/26/2010 | 0.33 |
| 11/6/2009 | $ 1,530.05 | $ 36.56 | $ 1,566.62 | 2/26/2010 | 0.31 |
| 11/13/2009 | $ 1,530.05 | $ 34.25 | $ 1,564.31 | 2/26/2010 | 0.29 |
| 11/20/2009 | $ 1,530.05 | $ 31.95 | $ 1,562.00 | 2/26/2010 | 0.27 |
| 11/27/2009 | $ 1,530.05 | $ 29.64 | $ 1,559.70 | 2/26/2010 | 0.25 |
| 12/4/2009 | $ 1,530.05 | $ 27.34 | $ 1,557.40 | 2/26/2010 | 0.23 |
| 12/11/2009 | $ 1,530.05 | $ 25.04 | $ 1,555.10 | 2/26/2010 | 0.21 |
| 12/18/2009 | $ 1,530.05 | $ 22.75 | $ 1,552.81 | 2/26/2010 | 0.19 |
| 12/25/2009 | $ 1,530.05 | $ 20.46 | $ 1,550.52 | 2/26/2010 | 0.17 |
| 1/1/2010 | $ 1,530.05 | $ 18.17 | $ 1,548.23 | 2/26/2010 | 0.15 |
| 1/8/2010 | $ 1,530.05 | $ 15.89 | $ 1,545.94 | 2/26/2010 | 0.13 |
| 1/15/2010 | $ 1,530.05 | $ 13.61 | $ 1,543.66 | 2/26/2010 | 0.12 |
| 1/22/2010 | $ 1,530.05 | $ 11.33 | $ 1,541.39 | 2/26/2010 | 0.10 |
| 1/29/2010 | $ 1,530.05 | $ 9.06 | $ 1,539.11 | 2/26/2010 | 0.08 |
| 2/5/2010 | $ 1,530.05 | $ 6.79 | $ 1,536.84 | 2/26/2010 | 0.06 |
| 2/12/2010 | $ 1,530.05 | $ 4.52 | $ 1,534.58 | 2/26/2010 | 0.04 |
| 2/19/2010 | $ 1,530.05 | $ 2.26 | $ 1,532.31 | 2/26/2010 | 0.02 |
| 2/26/2010 | $ 1,530.05 | $ - | $ 1,530.05 | 2/26/2010 | 0.00 |
| **Totals** | $ 280,000.00 | $ 41,224.51 | $ 321,224.51 | | |