IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00406-LTB-KMT

WILLIAM R. PEARSON a/k/a BILLY RAY PEARSON,

        Plaintiff,
v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),

        Defendant.
_____

AMENDED ORDER
_____

      This matter is before the Court on the Defendant's Third Unopposed Motion for Extension of Time to File Stipulated Motion to Dismiss (Doc No. 128).

      IT IS ORDERED that **Defendant's Third Unopposed Motion for Extension of Time to File Stipulated Motion to Dismiss (Doc No. 128) is GRANTED**. The parties have up to and including April 16, 2010 to file their Stipulated Motion to Dismiss.

Dated: March 23, 2010

                                                      BY THE COURT:

                                                      s/Lewis T. Babcock
                                                      LEWIS T. BABCOCK, JUDGE