IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00406-LTB-KMT

WILLIAM R. PEARSON a/k/a BILLY RAY PEARSON,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),

    Defendant.
_____

## ORDER
_____

    Upon the Joint Stipulation for Dismissal with Prejudice (Doc No. 135) filed May 5, 2010, this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear their own attorneys' fees and costs.

    Dated: May 6, 2010 in Denver, Colorado.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                LEWIS T. BABCOCK, JUDGE